

# Fourth Court of Appeals
## San Antonio, Texas

July 7, 2016

No. 04-16-00343-CV

**IN THE MATTER OF B.S.P.**,

From the 289th Judicial District Court, Bexar County, Texas
Trial Court No. CM2012JUV01933
Honorable Daphne Previti Austin, Judge Presiding

# O R D E R

On July 1, 2016, appellant filed a copy of a request for items to be included in a supplemental clerk's record. We order Donna Kay McKinney, Bexar County District Clerk, to file the requested items in a supplemental clerk's record by **July 18, 2016**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of July, 2016.

_____
Keith E. Hottle
Clerk of Court